IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PGT TRUCKING, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-4503 |
| | : | |
| EVANSTON INSURANCE COMPANY | : | |

# **ORDER**

AND NOW, this 19th day of November, 2024, it is hereby ORDERED a telephonic Rule 16 Conference will be held in the above-captioned matter on December 5, 2024, at 11:00 a.m. In advance of the conference, Counsel are required to complete Rule 26(a) disclosures, confer pursuant to Rule 26(f), and complete the Joint Rule 16 Conference Information Report included in Judge Sánchez's procedures.[1] The latter must be submitted to the Court at least 24 hours prior to the Rule 16 Conference. Dial-in information will be circulated separately.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Judge Sánchez's procedures are available at www.paed.uscourts.gov.