IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PGT TRUCKING, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-4503 |
| | : | |
| EVANSTON INSURANCE COMPANY | : | |

## **ORDER**

AND NOW, this 25th day of February, 2025, upon consideration of the parties' Motions for Judgement on the Pleadings (ECF Nos. 16 and 17) and responses thereto—and for the reasons stated in the accompanying memorandum—it is **ORDERED**:

1. Defendant Evanston's Motion (ECF No. 16) is **GRANTED** as to Count I (bad faith claim) and Count II (declaratory judgment) of the Complaint. Counts I and II are DISMISSED. The Motion is **DENIED** as to Count III (breach of contract) and Evanston's Counterclaim; and

2. Plaintiff PGT's Motion (ECF No. 17) is **DENIED** as to Counts II and III of the Complaint.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.