IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PGT TRUCKING, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-4503 |
| | : | |
| EVANSTON INSURANCE COMPANY | : | |

## ORDER

AND NOW, this 8th day of July, 2025, upon consideration of the parties' cross-motions for summary judgment, the responses thereto, and oral argument on the cross-motions on June 12, 2025, it is **ORDERED**:

1. Plaintiff PGT's Motion for Summary Judgment (ECF Nos. 40, 42) is **DENIED**;

2. Defendant Evanston's Motion for Summary Judgment (ECF No. 41) is **GRANTED** on Count III of PGT's Complaint and Evanston's Counterclaim. Evanston has no duty to defend or indemnify PGT in the two underlying lawsuits styled *Laura B. Schumer v. J Vanwinkle Trucking, et al.*, Case No. 22CG-CC00195, Circuit Court of the County of Cape Girardeau, Missouri, and *Nina Marshall v. J Vanwinkle Trucking LLC, et al.*, Case No, 22CG-CC00245, Circuit Court of the County of Cape Girardeau, Missouri.

3. The parties' Motions in Limine (ECF Nos. 49, 50, 51, 52, 53, 54, 55, 56) are **DENIED as moot**.

4. The Clerk of Court is **DIRECTED** to mark this matter as **CLOSED**.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.